DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**SCOTT N. ERRICO,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D17-3693

[August 9, 2018]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Krista Marx, Judge; L.T. Case No. 85-900-CF-10B.

John R. Howes of Howes Law Group, P.A, Fort Lauderdale, and Bruce M. Lyons, Fort Lauderdale, for appellant.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

GERBER, C.J., CONNER and FORST, JJ., concur.

\*       \*       \*

***Not final until disposition of timely filed motion for rehearing.***